NUMBER 13-08-00683-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


____________________________________________________________


ROBERT BECHO, Appellant,


v.



ARACELI RAMIREZ, Appellee.

____________________________________________________________


On appeal from the 138th District Court 


of Cameron County, Texas.


____________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 The parties to this appeal have filed a joint motion asking the Court to dismiss this
appeal. According to the motion, the parties have remarried and reached an agreement
to settle and compromise their differences. They ask this Court to render judgment
effectuating the parties' agreement. See Tex. R. App. P. 42.1(a)(2)(A). 

 The parties have agreed that appellee confesses error in the judgment below of the
trial court's grant of a permanent injunction against appellant; that appellee confesses error
in the judgment below of the trial court's order that appellant owes retroactive child support;
that appellee agrees to take nothing with respect to her request for a permanent injunction;
and that appellee agrees to take nothing with respect to her request for retroactive child
support. The parties' remarriage renders moot the issues concerning conservatorship,
possession, and access. 

 We GRANT the joint motion to dismiss. We RENDER judgment effectuating the
parties' settlement agreement, and DISMISS the appeal. In accordance with the
agreement of the parties, costs are taxed against the party incurring same. See id. 42.1(d).

 PER CURIAM

Memorandum Opinion delivered and

filed this 2nd day of July, 2009.